RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELAINE WANG, | )  5:19-cv-03855-EJD |
| | ) |
| Plaintiff, | )  **NOTICE OF VOLUNTARY DISMISSAL** |
| | ) |
| v. | ) |
| | ) |
| CYPRESS SEMICONDUCTOR | ) |
| CORPORATION, W. STEVE ALBRECHT, | ) |
| HASSANE EL-KHOURY, OH CHUL | ) |
| KWON, CATHERINE P. LEGO, CAMILLO | ) |
| MARTINO, JEFFREY J. OWENS, | )  JUDGE: Hon. Edward J. Davila |
| JEANNINE P. SARGENT, and MICHAEL S. | )  CTRM:   4 – 5th Floor |
| WISHART, | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice.   Defendants have filed neither an answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice. Plaintiff requests that this Court retain continuing jurisdiction for purposes of entertaining a mootness fee application, if any, which will be filed under this case number.

DATED: September 9, 2019

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By:    /s/ Rachele R. Byrd
RACHELE R. BYRD
Rachele R. Byrd
Marisa C. Livesay
Brittany N. DeJong
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

806077

- 1 -