# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JEWELTEX MANUFACTURING INC. RETIREMENT PLAN,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS SEMICONDUCTOR CORP., et al.,<br><br>Defendants. | Case No. 5:19-cv-03978 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:19-cv-03855 EJD, *Elaine Wang v. Cypress Semiconductor Corporation, et al.*

IT IS SO ORDERED.

Date: October 3, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge